IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02817-MSK-KLM

RANCH-WAY FEED MILLS, INC., a Wyoming corporation,

       Plaintiff,

v.

RAGLAND MILLS, INC., a Missouri corporation,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal (Motion) **(#16)** filed April 5, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of April, 2011.

                      **BY THE COURT:**

                      _____
                      Marcia S. Krieger
                      United States District Judge